FILED

John Chen
— plaintiff —

— v —

Warden of United States Penitentiary Victorville
— Respondent —

2014 JUL -1 AM 11:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

EDCV14-01333 JGB (AJW)

Motion for Habeas Corpus

Whereas the Plaintiff John Chen Reg No. 59511-053 is currently incarcerated at the Federal Bureau of Prison (B.O.P) United States Penitentiary Victorville (USP Victorville) located at P.O. Box 3900, Adelanto CA 92301-0710.

Whereas Plaintiff John Chen was sentence by U.S.D.J. John F. Keenan in 2011 for Conspiracy to Commit Mail Fraud, Aggravate Identity Fraud and Probation Violation at the Southern District of New York. The Plaintiff John Chen received a total of 113 months.

Plaintiff John Chen was transfer from BOP U.S.P. Coleman located at P O Box 1033 Coleman, FL 33521 to BOP USP Victorville on June 19, 2014.

Upon arrival at USP Victorville, Plaintiff John Chen have a CPAP machine and USP Victorville did not give Chen an extension cord, therefore Chen can't use his CPAP machine.

Chen is a 49 years old male, a diabetic with high blood pressure, heart disease (stent), high cholesterol and Bipolar. Chen is currently taking Insulin and 8 different kinds of medication for his sickness.

On June 20, 2014, one (1) day after Chen arrival at USP Victorville, Chen experience chest pain in the middle of the morning at around 1:00 a.m. and was rush to Victorville Medical Center. The ER told Chen he did not suffer from another heart attack, but the doctor can guarantee Chen will have another heart attack for not using the CPAP machine. Chen stop breathing in the middle of the night for 51 times, and the longest was 2:30 minutes.

On June 21, 2014, USP Victorville was at lock down status. Chen only have 7 days medicine supply when he was transfer from USP Coleman to USP Victorville. Chen medicine ran out on June 22, 2014. The medicine are treating Chen diabetic, heart disease, high blood pressure, and Cholestrol.

Chen make numerous attemp to BOP USP Victorville staff in reorder his medicine and was told by USP Victorville Medical Department staff: "We are at lock down, and once it is lift then you will be issue medicine."

On Chen sentencing date in 2011, the Court order BOP to send Chen to a facility that he can receive his medicine and get adequate health care.

Chen is having a very hard time to getting his medication, and extention cord. BOP USP Victorville is deliberately making very difficult for Chen to get the extention cord, and withholding his life saving medicine.

Chen realized he had committed a crime, and is currently paying his debt to society. But Chen are still entitle to adequate health care. Without his Insulin and medication, Chen's life are in danger and life threatening. And without using Chen's CPAP, Chen will have another heart attack.

Under Federal Guideline and Constitutional Right, this is Cruel and Un-Usual Punishment.

Chen respectfully request the Court to grant him relief. And order BOP USP Victorville to:

1). Immediately issue Chen daily medication and Insulin.
2). Immediately issue Chen an extension cord therefore Chen use his CPAP machine.
3). U.S.P. Victorville to give Chen a health check up to see if is Chen in good health status.

And whatever the Court seem deem for Chen.

Respectfully Submitted by:

John Chen 59511-053

To The Clerk of the Court.

Please file this Writ of Habeas Corpus as Emergency.

I am currently at United States Penitentiary Victorville, I want to file this Motion as a "Poor Man" Informula Propose, I do not have the forms. And since we are at lock down, I can't get my account statement from my counselor.

Thank you!

Sincerely
John Chen

NAME: Chen John
REG #: 59971-053
UNITED STATES PENITENTIARY
P.O. BOX 3900
ADELANTO, CA 92301

legal mail

SAN BERNARDINO CA
27 JUN 2014 PM 7 L

To: George E. Brown Jr.
United States District Court
3470 Twelfth Street, 1st Floor
Riverside, CA 92501-3801.

Attention: The Clerk of the Court.

92501380170

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY