```
                                                            O
                                                            JS-6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN CHEN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN OF THE UNITED STATES ) <br> PENITENTIARY, VICTORVILLE, ) <br> ) <br> Respondent. ) <br> _____) | No. EDCV 14-1333-JGB (AJW) <br><br><br><br> JUDGMENT |

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated:   August 4, 2014  

_____
Jesus G. Bernal
United States District Judge